(93 N. W. Rep. 866)

---

CHARLES A. MORTON *et al, vs.* CASS COUNTY.

---

Appeal from district court, Cass county; *Charles A. Pollock,* J.

Action by Charles A. Morton and others against Cass county and another. Judgment for defendants, and plaintiffs appeal. Reversed.

*J. E. Robinson,* for appellants.

*Newton & Smith* and *Morrill & Engerud,* for respondents.

PER CURIAM. The sole question presented in this case turns upon the constitutionality of chapter 161, Laws 1901. The same question is presented and decided at this term in the case of *Angell* v. *Same Defendants,* 91 N. W. Rep. 72, 11 N. D. 265, which decision will control this case. Judgment reversed, and the district court is directed to enter judgment for the relief demanded in the complaint, with costs of both courts.